

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-14-00245-CR

David Nicholas **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10033
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The State's first amended second motion for extension of time to file State's Brief is deemed MOOT.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court